# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cr-00288-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **FABIAN LOPEZ-MERCADO,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Early Termination of Supervised Release. (Doc. No. 2).

In 2013, Defendant was convicted under 21 U.S.C. §§ 841(a)(1), 846, 860. He was sentenced to 144 months incarceration followed by eight years of supervised release. Defendant completed his full term of incarceration and over one year of supervised release. He now moves this Court to terminate the remaining term of supervised release under 18 U.S.C. § 3583(e)(1). (Doc. No. 2).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion. (Doc. No. 2).

Signed: October 25, 2023

Max O. Cogburn Jr
United States District Judge